## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

JOSEPH MICHAEL DEVON ENGEL,   )
)
)
Plaintiff,   )
)
v.   )   No. 4:20-cv-01822-PLC
)
ERDCC, et al.,   )
)
Defendants.   )

## OPINION, MEMORANDUM AND ORDER

Before the Court is self-represented Plaintiff's post-dismissal motion to reopen this action. Doc. [20]. Plaintiff is a prisoner, currently incarcerated at the Jefferson City Correctional Center, and is subject to the three-strikes provision of 28 U.S.C. §1915(g). In this Court, he has "knowingly and persistently engaged in litigation practices that amount[ed] to abuse of the judicial process." *Engel v. Jefferson Cnty. Sheriff Dep't*, No. 4:21-cv-000896-SEP, 2021 WL 4133791, at *3 (E.D. Mo. Sept. 10, 2021).

In his motion, Plaintiff complains that medical personnel at his former facility failed to treat his "back deterioration joint disease" and his low blood sugar. Doc. [20] at 1. He asks this Court to appoint counsel to represent him and let him proceed with his claims against the Eastern Reception, Diagnostic and Correctional Center. These are the same allegations he raised in his complaint, which was dismissed

nearly five years ago for failure to state a claim upon which relief may be granted. *See* Doc. [6].  Plaintiff's motion does not allege any of the factors under Federal Rule of Civil Procedure 60(b) that might relieve him from the final judgment.  The Court therefore denies the motion and directs the Clerk to return any future documents to Plaintiff unfiled.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to reopen the present action, Doc. [20], is **DENIED**.

**IT IS FURTHER ORDERED** that, should Plaintiff submit any additional documents in this closed matter, the Clerk of Court shall return them to Plaintiff unfiled.

**IT IS FURTHER ORDERED** that an appeal of this Order would not be taken in good faith.

Dated this  4th day of March, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE